# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:17-mj-274-DCK |
| ) | |
| v. ) | **ORDER TO UNSEAL THE** |
| ) | **SEARCH WARRANT, AFFIDAVIT,** |
| IN THE MATTER OF SEARCH OF ) | **APPLICATION AND OTHER** |
| THE CELLULAR TELEPHONE ) | **RELATED DOCUMENTS** |
| ASSIGNED CALL NUMBER 336-263- ) | |
| 6189 ) | |
| _____ ) | |

**UPON MOTION** of the United States of America, by and through William T. Stetzer, Attorney for the United States, for an order directing that the Search Warrant, Affidavit, Application, and other related documents filed in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that the United States intends to provide these documents in criminal discovery once unsealed;

**NOW, THEREFORE, IT IS ORDERED** that the Search Warrant, Affidavit, Application, and other related documents filed in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: January 17, 2019

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.